CHARLES D. HENSHAW, Appellant, *v.* THE POND'S EXTRACT COMPANY, Respondent.

*Henshaw* v. *Pond's Extract Co.*, 66 Hun, 632, affirmed.
(Argued April 14, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered December 22, 1892, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint at the close of plaintiff's case.

*Roger M. Sherman* for appellant. .

*Michael H. Cardozo* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

In the Matter of the Application of PETER HARRIS for a Mandamus, Respondent, *v.* THE COMMISSIONERS OF THE LAND OFFICE, Appellants.

(Submitted April 20, 1896; decided April 28, 1896.)

MOTION for re-argument denied, with costs. (See 149 N. Y. 26.)

---

SARAH KNISLEY, Respondent, *v.* PASCAL L. PRATT et al., Appellants.

(Submitted April 20, 1896; decided April 28, 1896.)

MOTION for re-argument denied, with costs. (See 148 N. Y. 372.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS CAIRNS, Respondent, *v.* JOSEPH MURRAY et al., Commissioners of the Board of Excise of the City of New York, Appellants.

(Submitted April 20, 1896; decided April 28, 1896.)

MOTION for re-argument denied, with costs. (See 148 N. Y. 171.)